UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAY KRAVITZ,

      Petitioner,

  -v-          9:12-CV-719
              (DNH/RFT)

CALVIN RABSATT,

      Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:         OF COUNSEL:

JAY KRAVITZ
Petitioner, Pro Se
P.O. Box 206
Earlton, NY 12058

HON. ERIC T. SCHNEIDERMAN    PRISCILLA I. STEWARD, ESQ.
Attorney General for the State of New York Ass't Attorney General
Attorney for Respondent
120 Broadway
New York, NY 10271

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

   Pro se petitioner Jay Kravitz brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 30, 2014, the Honorable Randolph F. Treece, United States Magistrate Judge, advised, by Report-Recommendation, that the petition be denied. Petitioner timely filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which petitioner objected, the Report-Recommendation is adopted in whole. See 28 U.S.C. § 636(b)(1); Rule 10, Rules Governing Section 2254 Cases.

Therefore, it is

ORDERED that

1. The petition for a writ of habeas corpus is DENIED and DISMISSED; and

2. The Clerk is directed to close the file.

Because petitioner has not made a substantial showing of the denial of any constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 28, 2014
       Utica, New York.